Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16−22056−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph C. Aretino                                Caryn A. Aretino
   70 Jackson Street                                70 Jackson Street
   Long Branch, NJ 07740                 Long Branch, NJ 07740

Social Security No.:
   xxx−xx−5542                                      xxx−xx−0166

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/14/16
Time:           10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 23, 2016
JJW: gan

                                              James J. Waldron
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-22056-KCF
Joseph C. Aretino                                                     Chapter 13
Caryn A. Aretino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jun 23, 2016
                              Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2016.
```
db/jdb       +Joseph C. Aretino,    Caryn A. Aretino,   70 Jackson Street,   Long Branch, NJ 07740-5845
smg           U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
516248627    +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516248613    +Brian Ansell, Esq.,    Ansell Grimm & Aaron, P.C.,   1500 Lawrence Avenue,
               Ocean, NJ 07712-7629
516248614   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank Usa NA,   15000 Capital One Dr,
               Richmond, VA 23238)
516248619    +John H. Sanders II,    Schebell & Shebell, LLC,   665 Shrewsbury Avenue, Suite 314,
               Shrewsbury, NJ 07702-4134
516248621    +Mobiloansllc,    Po Box 1409,   Marksville, LA 71351-1409
516248624    +Suzanne Desmarais,    112 Manhattan Street,   Jackson, NJ 08527-2537
516248625    +Us Dept Ed,   Po Box 5609,   Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2016 22:28:35    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516248620     E-mail/Text: BankruptcyNotices@aafes.com Jun 23 2016 22:28:01    Military Star,
               3911 S Walton Walker Blv,   Dallas, TX 75236
516248617    +E-mail/Text: bankruptcy@icsystem.com Jun 23 2016 22:29:12    I C System Inc,   Po Box 64378,
               Saint Paul, MN 55164-0378
516248618    +E-mail/Text: collections@jeffersonassociates.com Jun 23 2016 22:28:43    Jefferson Associates,
               3 Coral St,   Edison, NJ 08837-3242
516248622    +E-mail/PDF: cbp@springleaf.com Jun 23 2016 22:26:03    Springleaf Financial Services,
               600 Nw 2nd St,   Evansville, IN 47708-1014
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516248623      Stern Lavinthal & F
516248615*   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa NA,   15000 Capital One Dr,
                Richmond, VA 23238)
516248616*   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa NA,   15000 Capital One Dr,
                Richmond, VA 23238)
516248626*    +Us Dept Ed,   Po Box 5609,   Greenville, TX 75403-5609
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2016 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Jonathan Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino imclawgroupecf@gmail.com
              Jonathan Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino imclawgroupecf@gmail.com
                                                                                             TOTAL: 3
```