Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.: 16−22056−KCF
           Chapter: 13
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph C. Aretino | Caryn A. Aretino |
| 70 Jackson Street | 70 Jackson Street |
| Long Branch, NJ 07740 | Long Branch, NJ 07740 |

Social Security No.:
  xxx−xx−5542                                    xxx−xx−0166

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 30, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 30, 2017
JAN: slf

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-22056-KCF
Joseph C. Aretino                                               Chapter 13
Caryn A. Aretino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2          Date Rcvd: Jan 30, 2017
                              Form ID: 148            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb         +Joseph C. Aretino,    Caryn A. Aretino,    70 Jackson Street,    Long Branch, NJ 07740-5845
516454842      +Advanced Electro Healthcare Services, LLC.,     c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany NJ 07054-5020
516340972      +Almy & Air Force Exchange Services,    Attention: GC-G,    3911 S. Walton Walker Blvd.,
                 Dallas  TX 75236-1509
516452078       BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516248627      +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516248613      +Brian Ansell, Esq.,    Ansell Grimm & Aaron, P.C.,    1500 Lawrence Avenue,
                 Ocean, NJ 07712-7629
516248619      +John H. Sanders II,    Schebell & Shebell, LLC,    665 Shrewsbury Avenue, Suite 314,
                 Shrewsbury, NJ 07702-4134
516248621      +Mobiloansllc,    Po Box 1409,    Marksville, LA 71351-1409
516248624      +Suzanne Desmarais,    112 Manhattan Street,    Jackson, NJ 08527-2537
516494213      +Suzanne Desmarias,    c/o John H. Sanders II - Shebell & Shebe,
                 655 Shrewsbury Avenue Suite 314,    Shrewsbury, NJ 07702-4151
516273582      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
516248625      +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 02:26:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 02:26:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516340246      +EDI: CBSAAFES.COM Jan 31 2017 01:53:00     Army & Air Force Exchange Services,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516248614       EDI: CAPITALONE.COM Jan 31 2017 01:53:00     Capital One Bank Usa NA,    15000 Capital One Dr,
                 Richmond, VA 23238
516248620      +EDI: CBSAAFES.COM Jan 31 2017 01:53:00     Military Star,    3911 S Walton Walker Blv,
                 Dallas, TX 75236
516341506       EDI: CAPITALONE.COM Jan 31 2017 01:53:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516248617      +EDI: IIC9.COM Jan 31 2017 01:53:00     I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
516248618      +E-mail/Text: collections@jeffersonassociates.com Jan 31 2017 02:26:39     Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
516306761       EDI: AGFINANCE.COM Jan 31 2017 01:53:00     SPRINGLEAF FINANCIAL SERVICES,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
516248622      +EDI: AGFINANCE.COM Jan 31 2017 01:53:00     Springleaf Financial Services,    600 Nw 2nd St,
                 Evansville, IN 47708-1014
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516248623       Stern Lavinthal & F
516248615*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa NA,    15000 Capital One Dr,
                   Richmond, VA 23238)
516248616*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa NA,    15000 Capital One Dr,
                   Richmond, VA 23238)
516248626*     +Us Dept Ed,    Po Box 5609,    Greenville, TX 75403-5609
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 30, 2017
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    Springleaf Financial Services, Inc., et al
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan   Goldsmith Cohen    on behalf of Joint Debtor Caryn A. Aretino imclawgroupecf@gmail.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Joseph C. Aretino imclawgroupecf@gmail.com
                                                                                             TOTAL: 6
```